IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ADAM MITCHELL,

    Plaintiff,

v.                                        Cause No. 1:17-CV-00951-MV/KK

FOREMOST INSURANCE GROUP,

    Defendant.

## STIPULATED ORDER OF DISMISSAL

THIS MATTER, having come before this Court upon the Joint Motion to Dismiss with Prejudice, by Plaintiff Adam Mitchell and Defendant Foremost Insurance Company Grand Rapids, Michigan; the Court having reviewed the Joint Motion to Dismiss, noting the concurrence of the parties, and being fully advised in the premises, FINDS that said Motion is WELL-TAKEN and is hereby GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint against Defendant is hereby dismissed with prejudice, with each party to bear their own costs and attorney fees.

_____
THE HONORABLE MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE

SUBMITTED AND APPROVED:

O'BRIEN & PADILLA, P.C.

By: */s/ Daniel J. O'Brien*
    DANIEL J. O'BRIEN
    *Attorneys for Defendant Foremost Insurance Company Grand Rapids Michigan, in its capacity as UM/UIM carrier for UM/UIM claims only*
    6000 Indian School Rd. N.E., Suite 200
    Albuquerque, NM 87110
    (505) 883-8181


RILEY, SHANE & KELLER, P.A.

    *Approved via email*
By: *Courtenay L. Keller – 04/17/1*
    COURTENAY L. KELLER
    *Counsel for Defendant Foremost Insurance Company Grand Rapids, Michigan*
    3880 Osuna Road N.E.
    Albuquerque, NM 87109
    (505) 503-6330
    ckeller@rsk-law.com


LAW OFFICE OF BRENT M. FERRELL, LLC

    *Approved via email*
By: *Brent M. Ferrell – 03/15/18*
    BRENT M. FERRELL
    *Counsel for Plaintiff*
    P.O. Box 7699
    Albuquerque, NM 87194
    (505) 503-6330
    bmflawnm@gmail.com